# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**JAMES BRANCH**

vs.  **CASE NUMBER: 9:06-CV-846** (GTS/GJD)

**ROBERT CHARRON**

**Jury Verdict.**   This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

That the jury has returned a verdict of no cause of action on all of Plaintiff's claims. Judgment is hereby entered in favor of the defendant, and the Plaintiff's complaint is dismissed in its entirety.

All of the above pursuant to a jury verdict rendered on October 1, 2009 at trial held before the Honorable Judge Glenn T. Suddaby.

DATED: October 1, 2009

*Lawrence K. Baerman*
Clerk of Court

s/ _____
L. Welch
Deputy Clerk